# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130589(35)

IN RE REQUEST FOR ADVISORY
OPINION REGARDING                                    SC: 130589
CONSTITUTIONALITY OF 2005 PA 71

_____

       On order of the Chief Justice, the motion for reconsideration of the order of August 22, 2006 is considered and it is DENIED because it does not appear the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

_____
Clerk